UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HOPE SHERBURNE,

    Plaintiff,

    v.       CIVIL ACTION NO.:
    12-11445-EFH

MICHAEL BENNETT, et al.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

January 28, 2013

HARRINGTON, S.D.J.

*Pro se* plaintiff Hope Sherburne brings this action against Michael Bennett and others for invasion of privacy, harassment, stalking, and other misconduct. In a memorandum and order date October 31, 2012 (#13), Magistrate Judge Sorokin granted the plaintiff's motion for leave to proceed *in forma pauperis* and directed her to show cause why the action should not be dismissed for failure to state a claim upon which relief may be granted.

The Court has reviewed the plaintiff's filings and agrees with Judge Sorokin that the pleadings submitted prior his October 31, 2012 order fail to state a claim upon which relief may be granted. The Court has also reviewing the plaintiff's filings since the issuance of the show cause order and concludes that the plaintiff has failed to cure the pleading deficiencies outlined by Judge Sorokin. In short, the plaintiff's submissions do not contain a "short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a)(2),

which "give[s] the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests," *Calvi v. Knox County*, 470 F.3d 422, 430 (1st Cir. 2006) (quoting *Educadores Puertorriqueños en Acción v. Hernández*, 367 F.3d 61, 66 (1st Cir. 2004)).

Accordingly, this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

SO ORDERED.

    /s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge